HERMANN COHEN, Respondent, v. EDWARD L. HARPER, Appellant.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 2d day of September, 1913, granting judgment on the pleadings, with leave to withdraw demurrer and plead over on payment of costs.

PER CURIAM: The words were not slanderous per se (Torres v. Huner, 150 App. Div. 798), and the innuendo was without force. The order should be reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.